UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN JUSTIN BROWNLEE,

Plaintiff,

v.

L. PEREZ, *et al.*,

Defendants.

Case No. 2:25-cv-3009-TLN-JDP (P)

ORDER

Plaintiff has moved for a one-hundred-and-eighty-day extension of all deadlines in this case. ECF No. 22. His motion is denied. Therein, plaintiff argues that this lengthy extension is warranted because he is being transported to and from court due to active criminal charges against him. *Id.* at 1. But this is insufficient to establish good cause for such a lengthy extension. If plaintiff needs a reasonable extension of time to comply with a specific deadline, he may file a motion seeking as much.

Accordingly, it is ORDERED that plaintiff's motion for extension of time, ECF No. 22, is DENIED.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE